**FILED**
**FEB 29 2016**
Clerk, U.S. District and
Bankruptcy Courts

RECEIVED
Mail Room
FEB 29 2016
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

The United States District Court, District of Columbia

The Plaintiff, Mr. Joel David Osborne, a Landowner in Daviess CO. KY., Citizen & Resident of the United States of America. of 320 11th Av S. #103 NASHVILLE, TN. 37203

vs.

Defendant(s) Mr. Daniel J. Osborne,   Part Owner of BME
Home: 11354 Redhill Maxwell road   (Brother — IMBEZZLER)
address in Utica, KY 37862   Principle offender
? Relative = ⬛   RIGHT

former Employee of Defendant: Mr. MARK ~~[scratched]~~ A. Hayden —
address: 1410 Parkview Dr
Owensboro KY 42301   was federally PROSECUTED in 2013-14 for S.S. Disability Group benefits?

Family Business and Work address:   Mr. Christopher Bosley — former partner Sunlite Enterprises
2840 W. Parrish ave   former Bosmoss Stockholder
Moonlite BBQ  Owensboro, KY 42301   partner & relative 2nd cousin?

mailing and summer address:   Anita M. Osborne   (Mother?
winter at Colonial Estates   1002 Audubon Ave   Witness/Co-conspirator
Trailer Park in Palmetto,   Owensboro, KY 42301   Relative Indian Findlay, Ohio.
FLORIDA

Mr. David Franklin Osborne, (adopted?) father of Defend
mailing address: 1421 Triplett St   & Plaint
c/o The Ivytree Owensboro KY. 42303   ? Paternal rights
resident of: Beaver Dam Nursing Home owner Jack Wells
(possible identity & medical fraud) on HWY 231 (South of Beaver Dam KY)
near Western KY Parkway X 231

2

## Possible witnesses

W = Witness
A = Accomplice

W — Mr. Kjell Cain (SHERIFF) (Law enforcement) W — Suzanne Miles (State Rep, 1st Dist Bo Guthrie US Rep)
the sheriff of Daviess County
212 St Ann St Owensboro KY 42303 — father of

?, P — Mr. Billy Joe Miles (Agriculture)
Country-Mark Oil Co-op
Miles Farm Supply — White River (oil)
P — Miles LP Gas Co-op — Crop Production Services
Carter rd & Keller road — petrochemicals, genocidal seeds and our racist products
Owensboro KY 42301 — for agriculture

?, W — Kenneth Clark (union electrician) (ex husband of Carolyne Osborne)
Daniels Lane O'boro KY 42301

A — Mayor Mr. Ron T. Payne
of City Hall 4th St and Allen St.
Owensboro    Owensboro KY 42301

Mr. Night — Mr. Brian Booth — (M&W Rentals oil equipment)
US Hwy 60 West O'boro

W, A — DR. Al WARD at St Camillus Urgent Car
Medical Fraud? Lewisport, KY.    Fredrica St
            Clark           Owensboro KY
W — office in Sylvia Sweat PRN (maiden name Johnson)   42301
Alexander building — Breckenridge St Owensboro KY 42303

?, P — County Judge Mag Al Mattingly (Acme Plumbing & Pipe Supply, owner)
212 St Anns St, Daviess Co Courthouse
Daviess County KY
                                          Mr. Brandon Haines
A — Brandon Haines — State Farm   Breckenridge St
                    Agent Insurance  Owensboro KY 42303

W — Mr. Gary O. Schneider   7001 Old Corydon rd
P, A — 501 Center St (owner)  Henderson KY 42420
Rudy Rowland Funeral Home
(oil investor former friend and client)
Henderson, KY 42420

4

R = Relative with SS/ photograph
A = Accomplish / Associate
W = Andreas Pavlas (of Cyprus)
Cadillac — 2nd St Owensboro — Son of "Harry" Pavlas
Restaurant — Nephew of Nicholas Pavlas (adjacent land owner)

Ms. Sara "Rudy" Gray (N) (Heiress of Rudy Coal Mines)
"Rudy Farm" off Hwy 66 W
"Alias?" R.O.T.C. (Military?) C.I.

Narc. Drug informant and cover → W → Mr. Robert Lane (Blaine Weddle) (Spy)
Oil operative

or Married? Antonio [crossed out] Nightly [crossed out]
W Mr Mrs Desiree Miles — former High level Military / Painter / Covert Oil / Gas Operator / Spy

Sold Oil lease to Country Mart — Mr. TONY CASE — Driller on Record
© Country Mart "Rudy Oil Lease" / Case Drilling Co Knottsville KY
gas / refinery distributor

Mrs. Jeannie Bosby Heath (R)
Married to Mr Tracey Heath of Sportsman Headquarters
Moonlite BBQ   2nd cousin
1st St — 2840 W Parrish Ave   W
Owensboro Ky 42301   P

Agricultural Co-op
"Farmer — OWNED"

P Possible oil lease interest or rent due Mr Robert Osborne (Smooth Lady George cousin?) OSBORNE
from land interest Big Dipper / Dairy Drive Inn and Patty Osborne
2840 W. Parrish ave Owensboro Ky 4230_

P Little Mr. Tony [crossed out] (Tony's Carts & Parts — Golf carts Biz)
former friend Diamond Lakes Resort West Louisville
traveler Hwy 56 Daviess Co, Ky / Sorgho Ky
Sold John Deer Gator
W/out title to me West Louisville Ky
from City Auction — Police cited Kendall White for DUI while operating my J.D. Electric "Gator" utility vehicle — "Trojan" Sold the battery

5

Possible Alimony or fraudulent child support (from docs named CD) —
Fraudulent? → Mrs. Mary Lindsay Matthews O'Bryan RN.
Former Spouse → c/o Mr. & Mrs. Matthews (DAN MATTHEWS Utica V. Fire
c/o Billy Gore Rd.                                          y Chief
Hwy 431 Utica KY                                (KY
In-laws? and Hwy 405 Utica Fire Station       Daviess Co
                                                       (KY

Witness Mr. Al Holloway (friend of the oldest
Friend of DAN OSBORNE (Sr. of)      W
                        or
            Mrs. Beverly (Holloway) and (Neighbor
                         (maiden name)   (mother)
                        Poitevint TN       W
lives
at 113 BOOTHFIELD RD
    Owensboro KY 42301

Hidden entrance to Mine
in back-yard lot next to home at 113 BOOTHFIELD RD
and access from Sewer System at Boothfield RD / HTrac
                                             (Neighbor
W. Mr. Greg Spears
   of interest                         P. W
A: Senior Employee of U.S. BANK
   works from home at
   #109 BOOTHFIELD RD  adjacent to
(Oil well                               my property at
 Oil Well in                              102 B.)
 Back Yard )
         Owensboro KY 42301
originally drilled on my property in 1919 - 1921 according to records

6

N = ~~Nieghbor~~ Nieghbor / witness
W =
P = Principle

N. ~~Nieghbor~~

Mr. Phil Roberts — Son has Asphalt Business and (crude oil) also Land Owner in W. Daviess County (business nieghbor) adjacent
Roberts Bros Motors corner of 4th St and Cedar St. Owensboro Ky 42301

W. — Mr Del Willis (Nyghbor) adjacent to 102-7 my 24 acres
N. owner Home on 1 acre 100 BOOTH FIELD RD Boothfield OWENSBORO KY 42301

~~Above Scratch~~

W. Close Neighbors Mr Bill & Mrs Nora Lee : adjacent to my 24 acres
N. (17 acres) owners? Home at 96 Booth field rd. of land w/ shared (oil/gas lease interest) Owensboro, Ky. 42301 with access? (using my driveway)

W. Mr. Jerry Morgan : Virginia Morgan (Nieghbors & friends)
N. owners of (oil lease interest) Harbor Hills Trace (Quality Tank
P. Home (formerly at 116 BOOTHFIELD RD & Modern ½ acre Owensboro Ky 42301 Welding)
Daviess Co

P. Mr. "Bob" & Laura (BRECK FARMS) previously worked for:
W. Williams Corp Mr Robert J. Wimsatt (Developer) Texas Gas/Boodwel
Witness OWNER of 300+ acres in W. Daviess Co Ky Sold the land Pipelines
Nieghbors (Home on) River Rd. 102-7 Boothfield & Griffith  3500' station
Owensboro Ky 42301 Daviess Co Kyrd
cell 270-929-5677
across from Owensboro RiverPort Authority

7

P= principal
A= Associate
J= W=Witness
N= Nestor
R= Relatives/Family Members?

N → Tom Weiss — C creative concrete owner
W — U.S. Hwy 60 Owensboro (Neighbor/Oil leasing interest?)

R W — Mr. Bill & Nancy Wilson of Owensboro (cousins?)
Hillcrest — owners Startrax Video (Associated to BME)

W A → Mr. Scott Schumm — Chemist (former high school friend, S. Carolina)
V.A. Robert Holder & Belva Holder — Medical tech
friend of — Independence Ave Owensboro Ky — Aluminum Industry (contractor)

P.A.W. Kendall White / Steve Jimmy Tong & Vanessa Tong (also co-owners of Star Trax Video)
R — Eastlen Realty Agent (Cousin)
W P. — Owensboro, Ky 42303
Knottsville Ky

Brother of Carolyn friend of K.C. (Kenneth Clark) (ex husband of Carolyn Osborn)

R. Mr. Allan Osborne (cousin?) Now works for Shipoil
R. Mr. Ernie Taliferro — Brecia University — Son of
401 L?? St — Marilyn Osborne (aunt)
W.A. Same address
Owensboro Ky 42303

W.P. A.R.-Def Mr. Michael Taylor, (cousin? instigator Bio attacker father of Carson Taylor)
cousins Moonlite BBQ (Brothers)
2840 Parnshave Owensboro Ky 42301 Robert Taylor (Plaintiff) (me) → Def
W former friend Mr. Kendall White — Mother of child?
W Nicole former friend & president Harbor Hills Trace dr.
former Illinois (V.A. med - drug pusher) Owensboro Ky 42304
from Baton Rouge — Son of Judy White and Steve White (veteran with prescription supplies Kendall - pain killers)

8

Witness (W) The Honorable M. Senator, Mitch McConnell

Legislator of a $740+ Million $ Majority leader United States Senate Building Russel rm. 317
Ear Mark Constitution First Aves, NE and C-St. NE; First St. NE.
for Owensboro KY Washington D.C. 20510-
for "Errosion Control"

Employee of State Rep (KY) Congressman Brett Guthrie
Miles Second District of KY 2434 Rayburn Building —
is Suzanne Miles (US Representative: Western Kentucky, Owensboro - Daviess Co)
(daughter of Billy Joe Miles (US House of Representatives) Washington, D.C. 20515-
of Miles LP. LAS
and Farm 5.

Equipment Mr. Ernie Taliafero (married to Patty Alborn)
Company Brescia College / St. Stephen's Cathedral
of KY 5/5 { Catholic Church administrative office
Owens6 Locust St. Owensboro KY 42301

Family with the Mr. Joseph Robinette Biden Jr. Vice
FORD's Pres USA
Smith's (land owning KY) at Delaware / Baltimore
Miller's (land owning Witness
and in Daviess
families three Mr. William Francis Medley — (land owners in
Hollow of 5. Catholic Church St. Stephen's Cathedral office Locust St W. Daviess co/ Muhlenberg)
Windy Hwy 81 5. - Bishop of Western KY (Diocese of Owensboro
near Cannon St Stephen's Church - Locust St. Owensboro KY 42301
boil- Tribhaven Law? (I am not catholic or an employee of the church) Btw



I AM REQUESTING A TRIAL BY JURY.

THE RELIEF I SEEK IS THE TRUTH for all.

+ Determination of Paternity and Heritage.

320 11th AVE #103
NASHVILLE TN 37203